CHIEF JUSTICE
CAROLYN WRIGHT

JUSTICES
DAVID L. BRIDGES
MOLLY FRANCIS
DOUGLAS S. LANG
ELIZABETH LANG-MIERS
ROBERT M. FILLMORE
LANA MYERS
DAVID EVANS
DAVID LEWIS
ADA BROWN
CRAIG STODDART
BILL WHITEHILL
DAVID J. SCHENCK



## Court of Appeals
## Fifth District of Texas at Dallas

600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

LISA MATZ
CLERK OF THE COURT
(214) 712-3450
theclerk@5th.txcourts.gov

GAYLE HUMPA
BUSINESS ADMINISTRATOR
(214) 712-3434
gayle.humpa@5th.txcourts.gov

FACSIMILE
(214) 745-1083

INTERNET
WWW.TXCOURTS.GOV/5THCOA.ASPX

March 02, 2015

Larry Gene Sewell
TDCJ No. 408290
Clements Unit
9601 Spur 591
Amarillo, Tx. 79107-9606

RE:     Court of Appeals Number:     05-92-01050-CR
        Trial Court Case Number:      F91-04612-RM

Style:  Marshall, Luis Fernando
        v.
        Texas, The State of

_____ 1.   The case has been submitted and is pending consideration.

_____ 2.   The Court of Criminal Appeals has jurisdiction over post-conviction writs and habeas corpus. Please contact the Court of Criminal Appeals for any forms or information.

_____ 3.   The Court has no record of an appeal on file in the above referenced name or trial court number.

_____ 4.   Enclosed is a copy of the opinion in your appeal.

_____ 5.   This Court does not appoint counsel

_____ 6.   Neither the judges nor the staff of this Court can give legal advice. Therefore, you may wish to contact your attorney; the trial court; or the State Counsel for Offenders, Texas Department of Criminal Justice, P.O. Box 4005, Huntsville, TX, 77342 for further information or assistance.

_____ 7. The Court does not have jurisdiction to compel the trial court to provide you with free copies of any of your trial court records. This Court does not provide free copies of any documents without prepayment of costs. Our charge is $.10 per page payable in advance by cashier's check or money order.

_____ 8. Your case has been set for submission on

_____ 9. Our records reflect that the

_____ 10. Enclosed please find the copies you requested.

__x__ 11. The cost for the copies you requested is ( to get a copy of opinion will cost $2.00 and any future requests will have to be paid for in advance for copies of all the different opinions that you are requesting )

Respectfully,

/s/ Lisa Matz, Clerk of the Court

2